IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| SAMELLA DILLARD, | ) | Case No. 21-08844 |
| | ) | |
| Debtor. | ) | Judge Cox |

## NOTICE OF MOTION

To the following parties who have been notified by CM/ECF:
Patrick S. Layng, United States Trustee: USTPRegion11.ES.ECF@usdoj.gov
Chapter 13 Trustee Marilyn O. Marshall

To the following parties who have been notified by first-class U.S. mail:
See Attached List.

**PLEASE TAKE NOTICE** that on August 23, 2021, at 9:00 a.m. I will appear before the Honorable Judge Cox, or any judge sitting in that judge's place, and present the **Motion to Extend Deadline to File Statement of Financial Affairs,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Dustin B. Allen
*Attorney for Debtor*

# PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed on the attached Service List via CM/ECF or first-class U.S. Mail, on or before August 10, 2021.

>Respectfully submitted,

>/s/ *Dustin B. Allen*

Dustin B. Allen
ARDC#6312451
Counsel for Debtor
2100 Manchester Road, Suite 949
Wheaton, IL 60187
Phone: 773-980-9004

## Service List

Bridgecrest
7300 E Hampton Ave
Mesa, AZ 85209

Caine & Weiner
Po Box 55848
Sherman Oaks, CA 91413

City of Chicago, Dept. of Revenue
2006 E 95th Street
Chicago, IL 60617

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Cook County Tax Assessor
118 N. Clark St. Room 112
Chicago, IL 60602

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Educational Cred Mgmt
111 Washington Ave S Ste
Minneapolis, MN 55401

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Fedloan
Pob 60610
Harrisburg, PA 17106

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Mwrd Empl Cu
100 E. Erie St.
Chicago, IL 60611

Navient
123 S Justison St
Wilmington, DE 19801

Navient
Po Box 9655
Wilkes Barre, PA 18773

Red Pine Properties, LLC
55 W. Monroe St., Ste 910
Chicago, IL 60601

Sweet Home Chicago Mgmt
10805 S. Halsted St
Chicago, IL 60628

Tek Collect Inc
871 Park St
Columbus, OH 43215

Telecom Self Reported
Po Box 4500
Allen, TX 75013

Us Dept Of Ed/Glelsi
Po Box 7860
Madison, WI 53707

Samella Dillard
8129 S. Evans Ave.
Chicago, IL 60619

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SAMELLA DILLARD, | ) | Case No. 21-08844 |
| | ) | |
| Debtor. | ) | Judge Cox |

**MOTION TO EXTEND DEADLINE TO FILE STATEMENT OF FINANCIAL AFFAIRS**

**NOW COMES** the Debtor, by and through its undersigned counsel, to file this Motion seeking the entry of an order extending the deadline to file a Statement of Financial Affairs, as required by Rule 1007(b)(1)(D), and states as follows:

1. On July 26, 2021, the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. Rule 1007(c) requires the Statement of Financial Affairs, among other documents, to be filed within 14 days of the filing of the petition. That period expires on August 9, 2021.

3. While the Debtor has filed the other documents required by that deadline, she has yet to file her Statement of Financial Affairs. This delay is because the Debtor does not have her income and tax records to report her Year-To-Date income for the past two calendar years, as required to be reported on the Statement of Financial Affairs.

4. The Debtor is working with her attorney to obtain tax transcripts from the IRS and expects to have this information shortly.

5. Accordingly, cause exists for this Court to extend the deadline to file this document until August 23, 2021.

6. The 45 day period prescribed by 11 U.S.C. §521(i)(1) would not elapse until September 9, 2021.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order extending the deadline to file the Statement of Financial Affairs, and any further relief that this Honorable Court may deem appropriate.

> Respectfully Submitted,
>
> /s/ Dustin B. Allen
> Dustin B. Allen, Attorney at Law
> ARDC#6312451
> Counsel for Debtor
> 2100 Manchester Road, Suite 949
> Wheaton, IL 60187
> Phone:  773-980-9004